■ In the Matter of the Probate of the Will of Vincent Astor, Deceased. John J. Astor, Appellant; Luke B. Lockwood et al., Respondents.— In a proceeding to probate a will, the appeal is from an order of the Surrogate's Court, Dutchess County, denying appellant's motion to reopen the preliminary examination of the subscribing witnesses to decedent's last will (Surrogate's

Ct. Act, § 141). Order affirmed, with $10 costs and disbursements to proponents-respondents, payable out of the estate. No opinion. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.